FILED

Name: CHICUACE CHICUACE
Address: 2119 N. ECKHART AVE
SOUTH SAN GABRIEL CA 91770
Phone: 6265717206
Fax: —

In Pro Per

2024 OCT 30 PM 5:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CHICUACE CHICUACE

Plaintiff
v.

CALIFORNIA DMV

Defendant(s).

CASE NUMBER: CV24-9399-fmo(Ex)

COMPLAINT

( Enter document title in the space provided above )

ORIGINALLY CASE 2:24-CV-02752-AB-SK WAS CLOSED, AND THAT WAS APPEALED, BUT THE APPEAL WAS DISSMISSED. THAT IS THE REASON FOR THIS RE-FILING. CASE 2:24-CV-02752 WAS CONSIDERED A FRIVOLOUS LAW SUIT WHICH IT IS NOT. THAT WAS WRITTEN ON THE STATEMENT OF FACTS COVER SHEET WHICH IS PROBABLY WHERE IT WAS TAKE FROM AND USED AGAINST ME. THIS IS NOT A FRIVOLOUS LAW SUIT, AND WON'T BE USED AGAIN. THIS IS A HATE CRIME THAT THE CA DMV HAS COMMITED AND THE CA DMV HAS TO BE FIVACIALLY RESPOSIBLE FOR SUCH CRIME. MY DRIVERS LISCENCE WAS SUSPENDED AND IS

STILL SUSPENDED WITHOUT ANY PHYSICAL EVIDENCE OF WHY. ALL OF MY DOCUMENTS ARE LEGAL AND CORRECT. THOSE WERE SHOWN TO THE DMV EMPLOYEES MANY TIMES WHO COMMIT THIS CRIME, BUT REFUSED TO VIEW THEM THOSE OCCASIONS WERE VIDEO RECORDED. THE CA DMV HAS BEEN SUED BEFORE IN THE PAST THUS PROVING THAT THIS IS NOT A FRIVOLOUS LAW SUIT.

10-29-24

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT